NUMBER 13-09-00569-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG 
______________________________________________________________
 
RAPID MORTGAGE CO., INC. ,                                                    Appellant,

v.

DAVID REYES,                                                                               Appellee. 
_____________________________________________________________

On Appeal from the 92nd District Court 
of Hidalgo County, Texas.
______________________________________________________________


MEMORANDUM OPINION

Before Chief Justice Valdez, Justices Yañez and Vela
Memorandum Opinion Per Curiam

          Appellant perfected an appeal from a judgment entered by the 92nd District Court
of Hidalgo County, Texas, in cause number C-2899-07-A. Appellant has filed an
unopposed motion to dismiss the appeal on grounds that the appellant no longer desires
to prosecute his causes of action. Appellant requests that this Court dismiss the appeal.
          The Court, having considered the documents on file and appellant’s unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant’s motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.
 
                                                                           PER CURIAM
Delivered and filed 
the 18th day of February, 2010.